No. 6287.—Delannoy, aplte., *v.* Sucn. Cividanes, etc., aplda.— C. D. Guayama. ▆▆▆ Junio 30, 1934.

Por los motivos expresados en la opinión emitida en el caso número 6244, *Mateo Ortiz v. La Sucesión de don Roque Stella, etc.,* resuelto en el día de hoy, se revoca la sentencia dictada en el caso de epígrafe por la Corte de Distrito de Guayama en diciembre 5, 1932, y se devuelve el caso para ulteriores procedimientos no inconsistentes con la referida opinión.

No. 6293.—Vázquez y Otro, apltes., *v.* Sucn. Santos, aplda.— C. D. Guayama. ▆▆▆ Junio 30, 1934.

Por los motivos expresados en la opinión emitida en el caso 6244, *Mateo Ortiz v. La Sucesión de don Roque Stella, etc.,* resuelto en el día de hoy, se revoca la sentencia dictada en el caso de epígrafe por la Corte de Distrito de Guayama en enero 30, 1933, y se devuelve el caso para ulteriores procedimientos no inconsistentes con la referida opinión.

No. 929.—Mattei, recurrente, *v.* Registrador, recurrido ▆▆▆ Julio 11, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

Por los motivos consignados en la opinión emitida con fecha 3 de julio de 1934 en el recurso No. 926, titulado *Victoriano Soler González v. Registrador de la Propiedad de San Germán,* se revoca la nota recurrida del Registrador de la Propiedad ya referido, de fecha 12 de junio del corriente año.

No. 59.—Rosario, peticionario, *v.* Corte Municipal, y Trigo, Juez, dmdos. ▆▆▆ Julio 18, 1934.

Vista nuestra resolución de hoy en el caso No. 295 de *El Pueblo de Puerto Rico contra la Corte de Distrito de Humacao, Hon. R. Arjona Siaca, Juez,* sobre *Mandamus,* se hace definitivo el auto inhibitorio que a instancia de Carmelo Rosario libramos contra la Corte Municipal de Caguas por su Juez Especial Luis C. Trigo, Juez Municipal General, para que se abstenga de continuar los procedimientos en dicho caso seguido por denuncia contra Carmelo Rosario por delito de acometimiento y agresión con circunstancias agravantes en la persona de Luis Arroyo.